TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-11-00278-CV






Appellant, Bambi Hollis // Cross-Appellants, Dale Gallagher and Carrie Gallagher


v.


Appellees, Dale Gallagher and Carrie Gallagher // Cross-Appellee, Bambi Hollis






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. D-1-GN-10-002759, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING




O R D E R



PER CURIAM

 The parties to this appeal have filed an agreed, joint motion to adopt briefing schedule
and for leave to assert cross-points in brief for appellees. The parties request that Dale Gallagher and
Carrie Gallagher be granted leave to assert their cross-points on appeal in a single brief as
appellees/cross-appellants. We grant the parties' motion.

 Dale Gallagher and Carrie Gallagher are granted leave to assert their cross-points in
a single brief as appellees/cross-appellants. Further, pursuant to the parties' agreement, we adopt
the following briefing schedule and page limits in this cause:

 


 Bambi Hollis's brief as appellant is due on July 15, 2011 (50-page limit);


 


 The Gallaghers' brief as appellees/cross-appellants is due on August 24, 2011
(50-page limit); 


 


 Hollis's combined appellant reply brief/cross-appellee brief is due 30 days after the
Gallaghers' brief as appellees/cross-appellants is filed (25-page limit); and


 


 The Gallaghers' reply brief as cross-appellants is due 20 days after Hollis's combined
appellant reply brief/cross-appellee brief is filed (25-page limit).




It is so ordered July 1, 2011.

Before Chief Justice Jones, Justices Henson and Goodwin